| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of New Hampshire |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Arete Rehabilitation, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  4 6 – 4 2 0 7 4 0 2

**4. Debtor's address**

**Principal place of business**
26 Arlington St
Number     Street

Amesbury, MA 01913-1704
City            State    ZIP Code

Essex
County

**Mailing address, if different from principal place of business**

Number     Street

Po Box 419
P.O. Box

Amesbury, MA 01913-0009
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City            State    ZIP Code

**5. Debtor's website (URL)**  www.areterehab.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor __Arete Rehabilitation, Inc._____  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  6  2  1  3 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                  MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                  MM / DD / YYYY<br>      Case number, if known _____ |

Debtor    Arete Rehabilitation, Inc.    Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number  Street<br>_____<br>_____  ____  _____<br>City   State  ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☑ 100-199  ☐ 200-999  ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  Arete Rehabilitation, Inc.  
     Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2022  
             MM/ DD/ YYYY

X  /s/ Dr. Janet L. Mahoney  
Signature of authorized representative of debtor

Dr. Janet L. Mahoney  
Printed name

Title  President, CEO and authorized party

**18. Signature of attorney**

X  /s/ William J. Amann  
Signature of attorney for debtor

Date  09/28/2022  
     MM/ DD/ YYYY

William J. Amann  
Printed name

AMANN BURNETT PLLC  
Firm name

757 Chestnut St  
Number    Street

Manchester  
City

NH  
State

03104-3011  
ZIP Code

(603) 696-5401  
Contact phone

wamann@amburlaw.com  
Email address

14866/BNH 05955  
Bar number

NH  
State

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**CONCORD DIVISION**

IN RE: **Arete Rehabilitation, Inc.**　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___09/28/2022___　Signature _____/s/ Dr. Janet L. Mahoney_____
　　　　　　　　　　　　　　　　　　Dr. Janet L. Mahoney, President, CEO and authorized party

| | | |
|---|---|---|
| ADOBE<br>345 Park Ave<br>San Jose, CA 95110-2704 | ADP<br>1 Adp Blvd<br>Roseland, NJ 07068-1728 | AETNA<br>151 Farmington Ave<br>Hartford, CT 06156-0001 |
| AFI Medical<br>438 High Plain St<br>Walpole, MA 02081-4263 | AFLAC<br>1932 Wyntonn Rd<br>Columbus, GA 31999-0001 | Altus<br>PO Box 1557<br>Providence, RI 02901-1557 |
| AMANN BURNETT PLLC<br>757 Chestnut St<br>Manchester, NH 03104-3011 | Amazon Prime<br>410 Terry Ave N<br>Seattle, WA 98109-5210 | Amber J. Clukey<br>10 Lupine Rd<br>Brewer, ME 04412-5330 |
| AMH<br>128 State St # 3<br>Augusta, ME 04330-5630 | Amy Daggett<br>147 Hillside Rd<br>Watertown, MA 02472-1476 | Amy Difrancesco<br>883 Bennoch Rd<br>Old Town, ME 04468-5511 |
| Amy K. Wyllie<br>5 Riding Club Rd<br>Danvers, MA 01923-1662 | Angela Elizabeth Tortola<br>20 Park Dr<br>Woburn, MA 01801-2218 | Anne Knowles<br>36 Lambert Rd<br>Brewer, ME 04412-5417 |
| Anthem Health Plans of ME<br>3075 Vandercar Way<br>Cincinnati, OH 45209-7542 | Anthem Health Plans of NH<br>3075 Vandercar Way<br>Cincinnati, OH 45209-7542 | Anthem/BCBS of Maine<br>2 Gannett Dr<br>S Portland, ME 04106-6909 |
| Anthem/BCBS of NH<br>1155 Elm St Ste 200<br>Manchester, NH 03101-1508 | Arbour Square<br>695 Main St<br>Harleysville, PA 19438-1671 | Bamboo<br>335 S 560 W<br>Lindon, UT 84042-1952 |
| Bankers Life<br>Administrative Ofc<br>111 E Wacker Dr Ste 2100<br>Chicago, IL 60601-4508 | BCBS Healthcare Plan-GA<br>Po Box 7368 GA081E-0014<br>Columbus, GA 31908-7368 | Bethany LaSella<br>23 Great Meadow Dr<br>Milford, CT 06460 |
| Blue Cross/Blue Shield of MA<br>401 Park Dr<br>Boston, MA 02215-3325 | BOARD OF ALLIED HEALTH MA<br>1000 Washington St Ste 710<br>Boston, MA 02118-4082 | Boston Medical Health Plan<br>2 Copley Pl Ste 600<br>Boston, MA 02116-6502 |
| Boston Mutual<br>120 Royall St<br>Canton, MA 02021-1028 | Bresnahan Storage<br>155 Plaistow Rd<br>Plaistow, NH 03865-2815 | Bridge Capital-NewCo Cap Group VI LLC<br>25 Robert Pitt Dr Ste 204<br>Monsey, NY 10952-3366 |

| | | |
|---|---|---|
| C.P. Bluehill Leaseco, LLC<br>63 Parker Ridge Lane 290<br>Blue Hill, ME 04614 | C.P. Bluehill Leaseco, LLC<br>63 Parker Ridge Ln<br>Blue Hill, ME 04614-6129 | Caitlin Johnston<br>PO Box 214<br>Deer Isle, ME 04627-0214 |
| Canva<br>75 E Santa Clara St<br>San Jose, CA 95113-1827 | Capital One<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 | Cheryl Cummings<br>41 Aspen Way<br>Manchester, NH 03104-1310 |
| CIGNA<br>900 Cottage Grove Rd<br>Bloomfield, CT 06002-2920 | Clinicient EMR<br>111 Sw 5th Ave Ste 700<br>Portland, OR 97204-3641 | CNA Insurance<br>Po Box 790094<br>Saint Louis, MO 63179-0094 |
| Colonial Gardens<br>105 Cherry Hill Dr<br>Beverly, MA 01915-1073 | Comcast<br>141 NW 16th St<br>Pompano Beach, FL 33060 | Commonwealth of MA-EOHHS<br>600 Washington St<br>Boston, MA 02111-1704 |
| Commonwealth of Massachusetts<br>Andover Serv Ctr<br>PO Box 9016<br>Andover, MA 01810-0916 | Concentrix Insurance Services<br>2000 Wade Hampton Blvd<br>Greenville, SC 29615-1037 | Continental Is Co Brentwood TN<br>Po Box 14770<br>Lexington, KY 40512-4770 |
| Courtney Yannone<br>51 Haverhill Rd<br>Amesbury, MA 01913-2224 | Data Shredder<br>40 School St # 2d<br>Framingham, MA 01701-7717 | Delta Bridge Funding-CloudFund, LLC<br>400 Rella Blvd # 165-01<br>Suffern, NY 10901-4241 |
| DHHS<br>244 Water St<br>Augusta, ME 04330-4698 | Donna Ferlito-Brown<br>PO Box 26<br>Derry, NH 03038-0026 | Dr. Janet L. Mahoney<br>16623 W River Rd<br>Inglis, FL 34449 |
| EIDL-SBA<br>409 3rd St Sw<br>Washington, DC 20416-0011 | Elizabeth Gordon<br>65 Ginnie May Way<br>Ellsworth, ME 04605 | Emblem Health<br>Po Box 2814<br>New York, NY 10116-2814 |
| Emily Viands<br>21 Pinehurst St<br>Augusta, ME 04330-4132 | Erin Hutchins<br>508 Bagaduce Rd<br>Brooksville, ME 04617-3817 | Fed BCBS<br>225 N Michigan Ave<br>Chicago, IL 60601-7757 |
| First Health Life & In Co<br>Po Box 14770<br>Lexington, KY 40512-4770 | First Insurance<br>PO Box 700<br>Carol Stream, IL 60132-0700 | FOSTER & WILKIND, P.C.<br>80 5th Ave Rm 1401<br>New York, NY 10011-8002 |

Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Grasshopper
333 Summer St
Boston, MA 02210-1702

Hanover Insurance
440 Lincoln St
Worcester, MA 01653-0002

Headway Capital
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-2863

Heather Dorgan
130 Rogers Rd
Kittery, ME 03904-1430

Highmark
1800 Center St
Camp Hill, PA 17011-1741

Highmark Blue Shield
120 5th Ave
Pittsburgh, PA 15222-3000

Humana, Inc.
Po Box 14601
Lexington, KY 40512-4601

Image First
10 Industrial Dr Unit 6
Windham, NH 03087-2018

InCorp
3773 Howard Hughes Pkwy Ste 500s
Las Vegas, NV 89169-6014

Indeed
6433 Champion Grandview Way Bldg 1
Austin, TX 78750-8588

Independence Bank
1370 S County Trl
E Greenwich, RI 02818-1625

Independence Blue Cross
1901 Market St
Philadelphia, PA 19103-1480

IRS Centralized Insolvency Operation
2970 Market St Stop 5-Q30
Philadelphia, PA 19104-5002

Janet Mahoney
16623 W River Rd
Inglis, FL 34449

Jeana Dudley
7 North Ave
Plaistow, NH 03865-2618

Jeffrey Little
26 Arlington St
Amesbury, MA 01913-1704

Jennifer Lynn Giroux
325 Main St # 124
Waterville, ME 04901-4922

Joan Delusso
PO Box 54
Carmel, ME 04419-0054

Jolene Cairns
812 E 6th St Unit 15
South Boston, MA 02127-4790

Julie Clare
148 B St
Dracut, MA 01826-2154

Kaitlyn Little
26 Arlington St
Amesbury, MA 01913-1704

Karen Woodworth
588 Main St Apt 3C
Stoneham, MA 02180-2836

Kennedy Ndamba
33 Dinsmore Ave Apt 505
Framingham, MA 01702-6041

Keystone First Comm HealthChoices
Po Box 7146
London, KY 40742-7146

Kristen Britner
3 Elmwood Ave
Salem, NH 03079-3222

Kristen Lloyd
73 Battery Rd
Belfast, ME 04915-6044

Liberty Utilities
82 Cross Street
130 Main St
Salem, NH 03079-3176

Linkedin
1000 W Maude Ave
Sunnyvale, CA 94085-2810

Lisa Deweese
38 Mushrall Ln
Orland, ME 04472-4107

| | | |
|---|---|---|
| Lynn Wong<br>23 Veronica Ave<br>Salem, NH 03079-2001 | MA Department of Revenue<br>Po Box 7000<br>Boston, MA 02204-7000 | Magdalene Tornick<br>1345 Maplewood Ave # 1<br>Portsmouth, NH 03801-3770 |
| MAHA, LLC<br>1 Stiles Rd<br>Salem, NH 03079-4859 | MAINE DEPARTMENT OF LABOR<br>45 Commerce Dr<br>Augusta, ME 04330-7889 | Maquire Insurance<br>Rogers & Gray<br>63 Smiths Ln<br>Kingston, MA 02364-3008 |
| Marjorie J. Morales<br>76 Stetson Rd W<br>Levant, ME 04456 | Marlin Bank<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Martins Point Health Care<br>331 Veranda t<br>Po Box 9746<br>Portland, ME 04104-5040 |
| Mary Elizabeth Webster<br>139 Mills Shore Dr<br>Hampstead, NH 03841-5131 | Max Recovery Group, LLC<br>Vadim Serebro, Esq.<br>55 Broadway Fl 3<br>New York, NY 10006-3757 | ME Department of Revnue<br>Po Box 1060<br>Augusta, ME 04332-1060 |
| Melio.com<br>18 W. 18th Street 7th Flr<br>New York, NY 10011 | Micaela Little<br>16623 W River Rd<br>Inglis, FL 34449 | Michelle Conti<br>35 Cottonwood Rd<br>Plaistow, NH 03865-2779 |
| Microsoft<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | National Debt Relief Betrlink Inc.<br>222 Broadway Fl 19<br>New York, NY 10038-2550 | National Government Services Inc<br>Po Box 7111<br>Indianapolis, IN 46207-7111 |
| NH Department of Labor<br>95 Pleasant St<br>Concord, NH 03301-3852 | NH Department of Revenue<br>109 Pleasant St<br>Concord, NH 03301-3852 | NH Medicaid<br>Po Box 2059<br>Concord, NH 03302-2059 |
| NY County Supreme Court<br>Civil Clerk's Office<br>60 Centre St<br>New York, NY 10007 | Office of Labor/Workforce Development<br>1 Ashburton Pl # 2112<br>Boston, MA 02108-1518 | Olabisi Obasa<br>232 Prospect St<br>Lawrence, MA 01841-2832 |
| On Deck Capital Inc<br>1400 Broadway Fl 25<br>New York, NY 10018-5225 | OPTUM VA CCN-REGION 1<br>OPTUM SHARED SERVICE ACCOUNTING<br>3160 Fairview Park Dr Ste 600<br>Falls Church, VA 22042-4582 | PA Department of Labor & Industry<br>651 Boas St<br>Harrisburg, PA 17121-0725 |
| PA Department of Revenue<br>Strawberry Square<br>Harrisburg, PA 17128-0001 | PAI<br>Po Box 5250<br>De Pere, WI 54115-5250 | Pamela Desjardins<br>12 Meadow Ln<br>Salem, NH 03079-2414 |

| | | |
|---|---|---|
| Park Place Realty<br>23 Stiles Rd<br>Salem, NH 03079-2846 | Paul M. Tobio<br>14 Mayfair Cir<br>Norwood, MA 02062-1223 | PIRS Capital LLC<br>40 Exchange Pl<br>New York, NY 10005-2701 |
| Quickbooks/Intuit<br>2700 Coast Ave<br>Mountain View, CA 94043-1140 | ReadyFresh<br>BlueTriton Brands #216<br>6661 Dixie Hwy Ste 4<br>Louisville, KY 40258-3950 | Relias Learning Management<br>1010 Sync St Ste 100<br>Morrisville, NC 27560-5473 |
| Ring Central<br>20 Davis Dr<br>Belmont, CA 94002-3002 | Robin Cohn<br>27 River St<br>Amesbury, MA 01913-3704 | Robin Van Buskirk<br>24 Cornfield Hill Rd<br>Brooksville, ME 04617-3654 |
| Salem Co-operative Bank<br>3 S Broadway<br>Salem, NH 03079-3005 | R. Hannon Salem Park Place Properties<br>23 Stiles Rd<br>Salem, NH 03079-2846 | Salucro<br>3333 E. Camelback Rd #250<br>Phoenix, AZ 85018 |
| Sandra Bishop<br>92 Wells Village Rd<br>Sandown, NH 03873-2330 | Sarah H. Rastello<br>Salem Co-operative Bank<br>3 S Broadway<br>Salem, NH 03079-3005 | Senior Whole Health of MA<br>200 Oceangate # 11<br>Long Beach, CA 90802-4302 |
| Shrina Shah<br>325 Commandants Way<br>Chelsea, MA 02150 | Southern Guaranty Ins Co<br>Medicare Supplement Admin Ofc<br>Po Box 14770<br>Lexington, KY 40512-4770 | Sprint<br>PO Box 629023<br>El Dorado Hls, CA 95762-9023 |
| Squarespace<br>8 Clarkson St # 12<br>New York, NY 10014-4301 | Stacey Lea Sawtelle<br>16 Abenaki Cir<br>Chester, NH 03036-4243 | Stamps.com<br>1990 E Grand Ave<br>El Segundo, CA 90245-5013 |
| Steven Sherer<br>340 Central Dr<br>Lansdale, PA 19446-4205 | Sue Bouchard<br>22 Katherine Way<br>Plaistow, NH 03865-2548 | Sunitha Thirumala<br>48 Windsor Ln<br>North Andover, MA 01845-5636 |
| SYNCH/Amazon<br>Po Box 530958<br>Atlanta, GA 30353-0958 | TD Bank<br>357 Kings Hwy N<br>Cherry Hill, NJ 08034 | T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 |
| TNC Storage<br>65 Wambold Rd<br>Souderton, PA 18964-2716 | Tracey Flewelling<br>65 Cobb Rd<br>Stetson, ME 04488-3418 | Travelers<br>1 Tower Sq<br>Hartford, CT 06183-0001 |

Trustmark Health Benefits
Po Box 2920
Clinton, IA 52733-2920

TUFTS
705 Mount Auburn St
Watertown, MA 02472-1508

UHC
185 Asylum St
Hartford, CT 06103-3408

UHC Community Plans
Po Box 29675
Hot Springs, AR 71903-9675

Unicare Inc
120 Monument Cir
Indianapolis, IN 46204-4906

Unique Funding Solutions, LLC
71 S Central Ave
Valley Stream, NY 11580-5495

United Health Care
Po Box 1459
Minneapolis, MN 55440-1459

United Health Care Insurance
P.O. Box 31362
Salt Lake Cty, UT 84131-0362

United Healthcare
2 Allegheny Ctr Ste 600
Pittsburgh, PA 15212-5403

United Healthcare Ins Co
Po Box 5290
Kingston, NY 12402-5290

United Healthcare Legal Services
Vincent J. Maiolo
2 Allegheny Ctr Ste 600
Pittsburgh, PA 15212-5403

US Med Capital
11900 Biscayne Blvd
North Miami, FL 33181-2743

USAA 357
Po Box 12750
Pensacola, FL 32591-2750

Veteran Family Member Prog
3773 E Cherry Creek North Dr
Denver, CO 80209-3804

VSP
Po Box 385018
Birmingham, AL 35238-5018

WBL-World Business Lenders
Po Box 479
Elmsford, NY 10523-0479

World Business Lenders, LLC
PO Box 1685
Cranford, NJ 07016-5685

Zing Funding-IOU Central
125 Townpark Dr Nw Ste 300
Kennesaw, GA 30144-3231